US S. AFRICA LEADERSHIP EXCHANGE PROGRAM, Petitioner,

v.

DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES, Respondent.

No. 00–AA–1467.

District of Columbia Court of Appeals.

Sept. 22, 2003.

Before WAGNER, Chief Judge; TERRY, STEADMAN, SCHWELB, FARRELL, RUIZ, REID, GLICKMAN and WASHINGTON, Associate Judges; NEBEKER, Senior Judge.

### ORDER

PER CURIAM.

On consideration of the joint stipulation for dismissal of appeal, it is

ORDERED that this appeal is hereby dismissed, with each party to bear its own costs. The opinion of the division having been vacated, *see* order of this court dated June 24, 2003 at 827 A.2d 809, it is now without precedential effect.